No. 01–7305. SNAGGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–446. WELLINGTON TRADE, INC., DBA CONTAINERHOUSE *v.* UNITED STATES. C. A. 11th Cir. Motion of Richard E. Flamm for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 01–641. HISTED *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.